No. 186. ABRAMS ET AL. *v.* VAN SCHAICK, SUPERINTENDENT OF INSURANCE, ET AL. October 8, 1934. Further consideration of the question of the jurisdiction of this Court in this case is postponed to the hearing of the case on the merits and attention is called to the question of the nature and finality of the order sought to be reviewed in the light of § 344 (a), U. S. Code, Title 28.

No. 619 (October Term, 1933). RADIO CORPORATION OF AMERICA ET AL. *v.* RADIO ENGINEERING LABORATORIES, INC. October 8, 1934. On due consideration, it is ordered that the opinion filed May 21, 1934, be amended by striking from the last two lines on page eight the following words: "which means that the frequency could be varied at will," and substituting therefor the following: "which means, or was understood, we are told, by DeForest to mean, that by other simple adjustments the frequency of the oscillations could be varied at will." The petition for rehearing is denied. Opinion reported as amended, *ante,* p. 1.